Slip Op. 99-75

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GREGORY W. CARMAN, CHIEF JUDGE

_____
                                                )
LTV STEEL CO., INC., <u>ET</u> <u>AL.</u>,      )
                                                )
                       Plaintiffs,              )
                                                )        Consol.
            v.                                  )        Court No.  93-09-00568
                                                )
UNITED STATES,                                  )
                                                )
                       Defendant.               )
_____)

**ORDER**

This matter having been remanded by the Court of Appeals for the Federal Circuit in

<u>LTV Steel Co. v. United States</u>, 174 F.3d 1359 (Fed. Cir. 1999), and upon consent of the parties,

it is hereby

ORDERED that this matter is remanded to the Department of Commerce for the

recalculation of repayment based upon (1) the use of purchase price paid for Saarstahl SVK, and

(2) the net worth of Saarstahl SVK; and it is further

ORDERED that the parties shall be allowed to submit an English-language translation of

the financial statements already on the record for use in determining the net worth of Saarstahl

SVK, as well as a written explanation of how net worth can be calculated from such financial

statements; and it is further

ORDERED that Commerce shall issue its final results of redetermination not later than

sixty days after issuance of this order.

_____
                                            CHIEF JUDGE

Dated: _____, 1999
        New York, New York